# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR N. AGUIRRE,<br><br>        Petitioner,<br><br>    v.<br><br>KATHY MENDOZA-POWERS,<br><br>        Respondent.<br>_____/ | 1:08-cv-00950 OWW DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>[Doc. 17] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On January 20, 2009, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

      On February 20, 2009, Petitioner filed timely objections to the Findings and Recommendation.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 20, 2009, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED; and,
3. The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent

IT IS SO ORDERED.

**Dated:   February 26, 2009**         **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE